IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sonic Supply, LLC | ) | No. CV-08-1605-PHX-ROS |
| Plaintiff, | )<br>)<br>) | **ORDER** |
| vs. | )<br>) | |
| Universal White Cement Company, Inc., | )<br>) | |
| Defendant. | )<br>)<br>) | |

On July 20, 2009, Magistrate Judge Lawrence O. Anderson issued a Report and Recommendation recommending the parties be calendared for a Rule 16 Scheduling Conference (Doc. 73). Both parties failed to file timely objections.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject

of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been made, the Court will adopt the Report and Recommendation in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 73) is **ADOPTED.**

**FURTHER ORDERED** a Rule 16 Scheduling Conference will be set with an Order to follow.

DATED this 10th day of August, 2009.

_____
Roslyn O. Silver
United States District Judge